*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-08-00759-CR

Ruben **DE LA VEGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 258390
Honorable Monica E. Guerrero, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Justice
           Karen Angelini, Justice
           Sandee Bryan Marion, Justice

Delivered and Filed:   December 23, 2008

DISMISSED

      The trial court's certification in this appeal states that this case "is a plea-bargain case, and the defendant has NO right of appeal." Rule 25.2(d) of the Texas Rules of Appellate Procedure provides, "[t]he appeal must be dismissed if a certification that shows the defendant has a right of appeal has not been made part of the record under these rules." TEX. R. APP. P. 25.2(d). On October 28, 2008, we ordered that this appeal would be dismissed pursuant to Rule 25.2(d) unless appellant

filed an amended trial court certification showing that he had the right of appeal by December 1, 2008.  *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Daniels v. State*, 110 S.W.3d 174, 177 (Tex. App.—San Antonio 2003, no pet.).  No such amended trial court certification has been filed. Therefore, Rule 25.2(d) requires this court to dismiss this appeal.  Accordingly, this appeal is dismissed.

PER CURIAM

DO NOT PUBLISH